**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL AMATO,                                        CASE NO.: 8:18-cv-01462-JDW-AAS

      Plaintiff,

vs.

BANK OF AMERICA, N.A.,

      Defendant.
_____/

**NOTICE OF SETTLEMENT**

      COMES NOW, Plaintiff, MICHAEL AMATO ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, BANK OF AMERICA, N.A., have come to an amicable settlement agreement.

Date: December 20, 2018

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 20th day of December, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Christopher W. Boss
      Christopher W. Boss, Esq.
      FL Bar No.: 13183
      Boss Law
      Service Email: CPservice@bosslegal.com
      9887 4th Street N., Suite 202
      St. Petersburg, FL 33702
      Phone: (727) 471-0039
      Fax: (888) 449-8792
      Counsel for Plaintiff