UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL AMATO,

    Plaintiff,

v.   Case No. 8:18-cv-01462-T-27AAS

BANK OF AMERICA, N.A.,

    Defendant.
_____/

## ORDER

The Court has been advised that this case has been settled (Dkt. 21). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** in chambers this 20th day of December, 2018.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

1