**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL AMATO,                                          CASE NO.: 8:18-cv-01462-JDW-AAS

      Plaintiff,

vs.

BANK OF AMERICA, N.A.,

      Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, MICHAEL AMATO, hereby dismisses the above-entitled action and all claims asserted in the action against Defendant, BANK OF AMERICA, N.A., with prejudice. The parties agree to bear their own fees and costs.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss* | */s/ Courtney A. McCormick* |
| Christopher W. Boss, Esq. | Courtney A. McCormick |
| Florida Bar No.: 13183 | Florida Bar No. 0092879 |
| **BOSS LAW** | **MCGUIREWOODS LLP** |
| Email: cpservice@bosslegal.com | Email: cmccormick@mcguirewoods.com |
| 9887 Fourth Street North, Suite 202 | flservice@mcguirewoods.com |
| St. Petersburg, Florida  33702 | 50 N. Laura Street, Suite 3300 |
| Telephone: (727) 471-0039 | Jacksonville, FL 32202 |
| Facsimile: (888) 449-8792 | Telephone: (904) 798-3200 |
| *Attorney for Plaintiff* | Fax: (904) 798-3207 |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 27th day of February, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

Courtney A. McCormick
McGuireWoods LLP
cmccormick@mcguirewoods.com
flservice@mcguirewoods.com
50 N. Laura Street, Suite 3300
Jacksonville, FL 32202
*Attorney for Defendant*

Emily Y. Rottmann
erottmann@mcguirewoods.com
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
*Counsel for Defendant, Bank of America, N.A.*

Sara F. Holladay-Tobias
stobias@mcguirewoods.com
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
*Counsel for Defendant, Bank of America, N.A.*

Anna Haugen
ahaugen@mcguirewoods.com
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
*Counsel for Defendant, Bank of America, N.A.*

                /s/ Christopher W. Boss
                Christopher W. Boss (FBN 13183)