UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL AMATO,

    Plaintiff,

v.

                                      Case No. 8:18-cv-01462-T-27AAS

BANK OF AMERICA, N.A.,

    Defendant.
_____/

### ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. 23). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DONE AND ORDERED** this 28th day of February, 2019.

                                                        **JAMES D. WHITTEMORE**
                                                        **United States District Judge**

Copies to:
Counsel of Record